# Exhibit B



**Wes Wadle**
*Vice President & Senior Corporate Counsel*

*Office of the General Couns*
*Xerox Business Services LL*
2828 N. Haskell Ave.
Bldg. 1 – 9th Floor
Dallas, Texas 75204

wes.wadle@xerox.com
tel 214.841.8399
fax 214.887.7997

April 2, 2015

**BY CERTIFIED MAIL**
Michael McGrath
Director of Public Safety
Department of Public Safety
City Hall – Room 230
601 Lakeside Ave.,
Cleveland, Ohio 44114

Re: **License and Services Agreement between Xerox State & Local Solutions, Inc. and The City of Cleveland, Ohio, effective June 1, 2013**

Dear Mr. McGrath:

The purpose of this letter is to notify the City of Cleveland of its default under the June 1, 2013 License and Services Agreement between Xerox State & Local Solutions, Inc. ("Xerox") and The City of Cleveland, Ohio (the "LSA").

On March 25, 2015, the City informed Xerox that it believes it does not owe Xerox payment under the LSA after November 4, 2014, when the City ordered Xerox to turn off the traffic cameras. This position is not correct. The LSA provides that the City shall pay Xerox as set forth in Exhibit 1 of the LSA. (LSA § 4.) And § E1.2 provides that the "City shall pay monthly fees to [Xerox] as set forth in the table below." These fees are based on the number of units the City has requested from Xerox.

The City appears to believe that the LSA no longer requires payment because the City has decided to discontinue using the cameras, and thus no longer raises revenue from their use. To begin with, under any contractual doctrine, the City's own actions in turning off the cameras cannot relieve it from performance. But even if the City's unilateral actions could somehow relieve its own performance, nothing impedes the City from paying Xerox under the LSA. Section E1.1 specifically contemplates that in the event the City's monthly revenues from the Traffic Enforcement Program are insufficient to cover Xerox's monthly fees, those fees are to be paid from any surpluses the City has gained under the Program in previous months. As § E1.1 unambiguously states: "The Parties understand and agree that when Program Revenues in any given month exceed, or have exceeded in previous months, the monthly base fee payment for any month ("Surplus"), then such Surplus shall be applied to any cumulative Shortfall due [Xerox] until all Shortfall amounts under this LSA are paid in full." (Emphasis added.)

The City has accumulated a large Surplus from the revenues it has generated under the Traffic Enforcement Program, and considerably more than is needed

April 2, 2015
Page 2



to continue paying Xerox's monthly fee under the LSA. Thus, § E1.1 cannot justify the City's nonpayment.

The City may terminate the contract for convenience—for a fee. But it has not done so. Thus, the City has no basis to discontinue its obligation to pay Xerox.

Because the City has informed Xerox that it does not plan to pay any invoices beyond November 4, 2014, the City has "fail[ed] to perform a material obligation under" the LSA—namely, its payment obligations under § 4. Accordingly, pursuant to § 6.1.1 of the LSA, Xerox hereby provides the City with written notice of the City's default.

Xerox requests that the City cure its default within thirty days of the City's receipt of this letter, as provided in § 6.1.1 of the LSA. Should the City fail to cure its default, Xerox will take any and all actions necessary to protect its interests.

Should you have any questions regarding this letter, or if you would like to discuss any issues related to the parties' relationship, please contact me at your earliest convenience.

Respectfully yours,

Wes Wadle

Wes Wadle

CC to Cleveland:

Sharon A. Dumas
Director of Finance
Department of Finance
City Hall – Room 104
Cleveland, Ohio 44114

Jeffrey B. Marks
Assistant Director of Law
Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114

Administrator
Parking Violations Bureau
1200 Ontario Street
Cleveland, Ohio 44113

Larry Jones

April 2, 2015
Page 3



Project Manager
City of Cleveland
Department of Public Safety, Office of Information Technology
601 Lakeside Avenue, Room 230
Cleveland, Ohio 44114

CC to Xerox:

Lewis Miller (via E-mail Lewis.Miller@xerox.com)
Jeffrey Townsend (via E-mail Jeffrey.Townsend@xerox.com)
James Haddow, Jr (via E-mail James.Haddow@xerox.com)
Terry Brennen (via E-mail TBrennan@bakerlaw.com)
Chris Bator (via E-mail CBator@bakerlaw.com)