# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **XEROX STATE & LOCAL SOLUTIONS, INC.,**<br><br>     **Plaintiff,**<br><br>     **v.**<br><br>**CITY OF CLEVELAND, OHIO,**<br><br>     **Defendant.** | Case No:  1:15-cv-1707<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Kenneth S. McHargh |

## PLAINTIFF XEROX STATE & LOCAL SOLUTIONS INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Xerox State & Local Solutions Inc. moves the Court, pursuant to Fed. R. Civ. P. 56, for summary judgment on liability for its breach of contract claim because there is no genuine dispute as to any material fact, and Xerox is entitled to judgment as a matter of law for the reasons set forth in the attached memorandum, which is incorporated by reference.

Dated:   June 3, 2016

Respectfully submitted,

/s/ *Terry Brennan*
Terry Brennan (0065568)
Chris Bator (0038550)
Sam A. Camardo (0089427)
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio  44114-1214
Telephone: 216.621.0200
Facsimile: 216.696.0740
tbrennan@bakerlaw.com
cbator@bakerlaw.com
scamardo@bakerlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2016, a copy of the foregoing motion for summary judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      /s/ Terry Brennan
                                      *An Attorney for Xerox State & Local Solutions, Inc.*