**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Xerox State & Local Solutions, Inc.,** | ) | **CASE NO. 1:15-cv-01707** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **City of Cleveland, Ohio,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court began engaging counsel in settlement discussions at an in-person mediation held on January 6, 2016, and has continued to facilitate the settlement of this case over the last seven months. On August 1, 2016, the Court was advised by counsel of record that the above-captioned case was settled.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

    *s/Dan Aaron Polster     August 2, 2016*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**